UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| CONFORMIS, INC., *Plaintiff*, v. EXACTECH, INC. *Defendant*. | Civil Action No.: 8:21-01348-KKM-TGW |

**JOINT NOTICE OF SETTLEMENT AND STIPULATION AND REQUEST TO STAY PRE-TRIAL DEADLINES**

Plaintiff Conformis, Inc. ("Conformis") and Defendant Exactech, Inc. ("Exactech") (collectively the "Parties"), hereby provide notice to the Court that the Parties have reached a settlement on January 3, 2023. In accordance with the settlement, the Parties, by and through their undersigned counsel, jointly stipulated as follows:

**JOINT STIPULATION**

WHEREAS, the Parties reached a settlement pending the parties' execution of a formal long-form settlement agreement;

WHEREAS, the Parties are in the process of memorializing the terms of the settlement and drafting the formal long-form settlement agreement;

WHEREAS, the settlement disposes of all claims at issue in this litigation;

1

WHEREAS, the Parties plan to file a joint stipulation of dismissal upon the execution of the settlement agreement;

WHEREAS, the Parties wish to avoid the expense associated with the upcoming fact and expert discovery deadlines based on the settlement and, ask that the Court stay all further proceedings and deadlines for sixty (60) days pending the filing of the above-mentioned stipulation of dismissal.

IT IS THEREFORE STIPULATED AS FOLLOWS:

That, upon Court approval, all pretrial dates and deadlines be stayed and that the Court stay all further proceedings and deadlines for sixty (60) days pending the filing of the above-mentioned stipulation of dismissal.

IT IS SO STIPULATED.

Dated:  January 5, 2023

/s/John R. Emerson

| | |
|---|---|
| STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A. <br> JOHN N. MURATIDES <br> Florida Bar No. 332615 <br> jmuratides@stearnsweaver.com <br> lwade@stearnsweaver.com <br> 401 E. Jackson Street, <br> Suite 2100 (33602) <br> Post Office Box 3299 | HAYNES AND BOONE, LLP <br> JOHN R. EMERSON (*pro hac vice*) <br> *(Lead Counsel)* <br> russ.emerson@haynesboone.com <br> STEPHANIE N. SIVINSKI (*pro hac vice*) <br> stephanie.sivinski@haynesboone.com <br> 2323 Victory Avenue, Suite 700 <br> Dallas, Texas 75219(214) 651-5000 <br> *Pro Hac Vice* |

Case 8:21-cv-01348-KKM-TGW   Document 101   Filed 01/05/23   Page 3 of 4 PageID 2805

Tampa, Florida  33601
Telephone:  (813) 223-4800
Facsimile:  (813) 222-5089

*/s/Jonathan A. David*
Jonathan A. David (Pro Hac Vice)
Andrew T. Lane (Pro Hac Vice)
LERNER, DAVID, LITTENBERG,
KRUMHOLZ & MENTLIK, LLP
20 Commerce Drive
Cranford, NJ 07016
Tel: 908.654.5000
Fax: 908.654.7866
jdavid@lernerdavid.com
alane@lernerdavid.com
litigation@lernerdavid.com

HAYNES AND BOONE, LLP
JASON T. LAO (*pro hac vice*)
jason.lao@haynesboone.com
ANDREA LEVENSON (*pro hac vice*)
andrea.levenson@haynesboone.com
NICOLETTE N. NUNEZ (*pro hac vice*)
nicolette.nunez@haynesboone.com
600 Anton Blvd., Suite 700
Costa Mesa, CA 92626
(949) 202-3000

*Counsel for Plaintiff Conformis, Inc.*

Mindi M. Richter
Florida Bar No. 044827
SHUMAKER, LOOP & KENDRICK, LLP
Bank of America Plaza
101 E. Kennedy Boulevard, Suite 2800
Tampa, FL 33602
Tel: 813.229.7600
Fax: 813.229.1660
mrichter@shumaker.com


**ATTORNEYS FOR DEFENDANT EXACTECH, INC.**

3

## LOCAL RULE 3.01(g) CERTIFICATION

The undersigned counsel have conferred and agree to the relief sought in this Motion.

*/s/John R. Emerson*
John R. Emerson

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which provides notice of electronic filing to counsel of record.

*/s/John R. Emerson*
John R. Emerson