# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| CONFORMIS, INC., *Plaintiff*, v. EXACTECH, INC. *Defendant*. | Civil Action No.: 8:21-01348-KKM-TGW<br><br>Kathryn Kimball Mizelle, U.S.D.J.<br>Thomas G. Wilson, U.S.M.J. |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Conformis, Inc. and Defendant Exactech, Inc. hereby stipulate to the dismissal with prejudice of this lawsuit and all claims and counterclaims asserted between the parties in this lawsuit, with each party to bear its own attorneys' fees, costs, and expenses.

Dated: April 26, 2023

|  |  |
|---|---|
|  | */s/Jason T. Lao* |
| STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A. | HAYNES AND BOONE, LLP |
| JOHN N. MURATIDES | JOHN R. EMERSON (*pro hac vice*) |
| Florida Bar No. 332615 | (*Lead Counsel*) |
| jmuratides@stearnsweaver.com | russ.emerson@haynesboone.com |
| lwade@stearnsweaver.com | STEPHANIE N. SIVINSKI (*pro hac vice*) |
| 401 E. Jackson Street, | stephanie.sivinski@haynesboone.com |
| Suite 2100 (33602) | 2323 Victory Avenue, Suite 700 |
|  | Dallas, Texas 75219 (214) 651-5000 |
|  | *Pro Hac Vice* |

Post Office Box 3299
Tampa, Florida 33601
Telephone: (813) 223-4800
Facsimile: (813) 222-5089

HAYNES AND BOONE, LLP
JASON T. LAO (*pro hac vice*)
jason.lao@haynesboone.com
ANDREA LEVENSON (*pro hac vice*)
andrea.levenson@haynesboone.com
NICOLETTE N. NUNEZ (*pro hac vice*)
nicolette.nunez@haynesboone.com
600 Anton Blvd., Suite 700
Costa Mesa, CA 92626
(949) 202-3000

*Counsel for Plaintiff Conformis, Inc.*

/s/*Jonathan A. David*
Jonathan A. David (Pro Hac Vice)
Andrew T. Lane (Pro Hac Vice)
LERNER, DAVID, LITTENBERG,
KRUMHOLZ & MENTLIK, LLP
20 Commerce Drive
Cranford, NJ 07016
Tel: 908.654.5000
Fax: 908.654.7866
jdavid@lernerdavid.com
alane@lernerdavid.com
litigation@lernerdavid.com

Mindi M. Richter
Florida Bar No. 044827
SHUMAKER, LOOP & KENDRICK, LLP
Bank of America Plaza
101 E. Kennedy Boulevard, Suite 2800
Tampa, FL 33602
Tel: 813.229.7600
Fax: 813.229.1660
mrichter@shumaker.com

**ATTORNEYS FOR DEFENDANT EXACTECH, INC.**

2

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Rule 3.01(g) of the Local Rules of the Middle District of Florida, the Parties have conferred regarding this motion and the Parties agree on the relief requested herein.

*/s/Jason T. Lao*
Jason T. Lao

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which provides notice of electronic filing to counsel of record.

*/s/Jason T. Lao*
Jason T. Lao
